

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-20,785-08

**EX PARTE LARRY GENE FRANCIS, Applicant**

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. W82-78622-I(E) IN THE CRIMINAL DISTRICT COURT NO. 2
### FROM DALLAS COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated robbery and sentenced to life imprisonment.

On, June 19, 2019, this Court denied without written order Applicant's application for writ of habeas corpus. On or about June 17, 2019, Applicant filed a supplemental ground for review in the district court, which this Court did not receive until after it had denied relief. Because Applicant's supplemental ground was properly filed in the trial court before this Court finally disposed of the application, this Court should have considered the supplemental ground as part of

Applicant's habeas application.

Therefore, this Court withdraws its previous denial without written order of Applicant's habeas application. Having considered Applicant's supplemental ground for review and finding it to be without merit, this Court again denies relief.

Filed: August 21, 2019
Do not publish